**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-01971-GAF (FFMx) | Date | June 11, 2009 |
|---|---|---|---|
| Title | Michael Sellinger v. Accounts Receivable Management, Inc. et al | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     **(In Chambers)**

Plaintiff filed a Complaint with this Court on March 23, 2009.

On May 14, 2009, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to request entry of default, pursuant to Fed. R. Civ. P. 55(a)  Plaintiff was to respond to the Court's Order to Show Cause no later than June 3, 2009.  To date, however, no request for entry of default or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer     rf